12-699-cv
Dattner v. ConAgra Foods, Inc., et al.

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

## AMENDED SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of January, two thousand thirteen.

PRESENT: DENNIS JACOBS,
                        **Chief Judge**,
          PIERRE N. LEVAL,
          GUIDO CALABRESI,
                        **Circuit Judges**.

- - - - - - - - - - - - - - - - - - - -X
YEHSKEL DATTNER,

          **Plaintiff-Appellant**,

          -v.-                                    **12-699-cv**

CONAGRA FOODS, INC.,

          **Defendant-Appellee**.
- - - - - - - - - - - - - - - - - - - -X

**FOR APPELLANTS:**          Gregory E. Galterio (Bension Daniel DeFunis and Ira N. Glauber *on the brief*), Jaffe & Asher LLP, New York, New York.

**FOR APPELLEES:**               Frank Harold Wohl (Patrick Paul Garlinger *on the brief*), Lankler Siffert & Wohl LLP, New York, New York.

Appeal from a judgment of the United States District Court for the Southern District of New York (Preska, <u>J.</u>).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED.**

This is an appeal from the denial of Yeheskel Dattner's motion under Rule 60(b)(6) to reinstate his action, which had been dismissed in 2003 for <u>forum non conveniens</u>. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

We conclude that Dattner's appeal is without merit substantially for the reasons articulated by the district court in its well-reasoned decision. We have considered all of Dattner's remaining arguments and find them to be without merit.

For the foregoing reasons, we hereby **AFFIRM** the judgment of the district court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK